OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1R
0002003152        FEB 09  2015
MAILED FROM ZIP CODE 78701

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
$ 00.26⁵
PITNEY BOWES

2/4/2015

HARGROVE, MARCUS WAYNE    Tr. Ct. No. 12-179-CR-A        WR-81,965-03

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452  (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RTS
Released

MARCUS WAYNE HARGROVE
- TDC # 1920120

N3B